# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 215 EAL 2015
                                                  :

            Respondent        :

                                                    : Petition for Allowance of Appeal from the

                                                    : Order of the Superior Court

            v.                             :

KEVIN GRAY,                             :

            Petitioner         :

## ORDER

**PER CURIAM**

     **AND NOW**, this 19th day of August, 2015, the Petition for Allowance of Appeal is **DENIED**.